MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

DAVID B. COUNTRYMAN (CABN 226995)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7303
    FAX: (415) 436-7234
    Email: david.countryman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 14-0285 JST |
| Plaintiff, | UNITED STATES' AMENDED BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY |
| v. | |
| JEREMY DONAGAL, LAURENCE LINDBERG DUSTON KIRK, ALICIA MITTS, MICHAEL GONZALEZ, THOMAS ELLIOTT, MICHAEL TOMADA, KENNETH KOSKINIEMI, AND CHRISTOPHER NEELY, | |
| Defendants. | |

      The United States of America, by and through Melinda Haag, United States Attorney for the Northern District of California, and David B. Countryman, Assistant United States Attorney, hereby files the following Amended Bill of Particulars for Forfeiture of Property.

//

//

AMENDED BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY
CR 14-0285 JST                                       1

The indictment in the above-captioned case seeks forfeiture of property pursuant to 21 U.S.C. § 853, 18 U.S.C. § 982(a)(1), 28 U.S.C. § 2461(c) and 31 U.S.C. § 5317. The United States hereby gives notice that, in addition to property already listed in the forfeiture allegation, the United States is seeking forfeiture of the following additional property:

- $14,490 in United States Currency
- Assorted Jewelry seized from Lizette Hood Jacquin on May 28, 2014
- $2,200 in United States Currency seized from Michael Tomada
- $1,625 in United States Currency seized from Thomas Elliott
- $2,000 in United States Currency seized from Thomas Elliott
- $12,000 in United States Currency seized from Thomas Elliott
- $132,167 in United States Currency seized from Bryan Cochran on September 10, 2014
- 2009 Hummer H3 seized from Bryan Cochran on September 10, 2014

DATED: January 28, 2015

Respectfully submitted,

MELINDA HAAG
United States Attorney

/S/
DAVID B. COUNTRYMAN
Assistant United States Attorney