Michael A. Paez, CBN #181105
Attorney at Law
37 E. Hedding Street
San Jose, CA 95112
TEL: (408) 292-0600
FAX: (408) 292-2011

Attorney for Defendant
Kenneth James Koskiniemi

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> KENNETH JAMES KOSKINIEMI, ) <br> DEFENDANT, ) <br> ) | No. CR 14-0285- JST <br><br> DEFENDANT'S KENNETH KOSKINIEMI SENTENCING MEMORANUM <br><br> DATE: May 1, 2015 <br> TIME: 9:30 am <br> COURT: Honorable Jon S. Tigar |

## INTRODUCTION

Defendant Kenneth Koskiniemi, remorsefully appears before the Hon. Jon S. Tigar, for entry of judgment and sentencing. Due to substantial circumstances regarding Mr. Koskiniemi's background and the offense, the defense respectfully requests the Court impose a non-custodial sentence in the lower range of the applicable guidelines.

## Defendant's Position to Regard to Sentencing

Pursuant to 21 U.S.C section 841 (a)(1) and this court's policy regarding procedures to be followed in the guideline sentencing, defendant Kenneth Koskiniemi, by counsel, hereby states that he has received and reviewed the Presentence Investigation Report (PSR) prepared for this case and has no objection to the report. In regards to the PSR, this offense is a Class D felony, 18 U.S.C section 3559 (a)(4). Mr. Koskiniemi meets the "safety valve" provisions of 18 U.S.C section 3553 (f) and USSG section 5C1.2. Based on a level of 6 and a criminal history category of I, the guideline imprisonment range is zero to six months. Respectfully, Mr. Koskiniemi asks for the minimum of one year of supervised release but not more than five years.

### I. PLEA AGREEMENT

Mr. Koskiniemi and the government entered into a written agreement pursuant Rules 11 (c)(1)(A) and 11 (c)(1)(B) of the Federal Rules of Criminal Procedure. A base offense level of 12, pursuant to USSG section 2D1.1; a two-level reduction, pursuant to USSG section 3E1.1, for acceptance of responsibility; and a two-level reduction, pursuant USSG section 5C1.2.

### II. PRESENTENCE INVESTIGATION REPORT

In regards to the presentencing investigation report, we are in agreement with the U.S. probation officer. According to Mr. Woods, U.S. probation officer, the correct amount of controlled substance was calculated and equivalent to 0.0625 grams of marijuana per pill. Thus, the total weight of the Alprozolam possessed by Mr. Koskiniemi converts to 2,500 grams or 2.5 kilograms of marijuana. Therefore, a discrepancy exists in the amount calculated on the Plea Agreement which stated 5 kilograms to 10 kilograms possessed by Mr. Koskiniemi, when in fact

it was only 2.5 kilograms. The erroneous calculation places Mr. Koskiniemi's Base Offense level at 12 when in fact it should be a Base Offense Level 10, as the Probation Officer has correctly determined. It is not the intention of the parties to attempt to break the Plea Agreement, but it is our hope that the Court will recognize the proper Base Offense Level of 10 when determining the proper sentence for Mr. Koskiniemi.

## II. BACKGROUND

As part of an investigation, one of Mr. Koskiniemi's co-defendants was being surveillanced by the DEA, as part of an illegal drug operation. On April 29, 2014, Mr. Koskiniemi was observed at the co-defendant's residence retrieving a package. Shortly thereafter, Mr. Koskiniemi was stopped by the California Highway Patrol (CHP) at which time they had discovered 40,000 Xanax pills. Following this arrest, Mr. Koskiniemi was detained in the Martinez Jail in Contra Costa County and released after posting a bail bond.

On May 28th, 2014, in the Eastern District of California, Mr. Koskiniemi appeared before the Honorable Barbara A. McAuliffe, United States Magistrate Judge, and was detained. On May 29th, 2014, Mr. Koskiniemi was released on a $10,000 bond under pretrial supervision. On June 2, 2014, the matter was moved to Federal Court, Northern District of California. On June 12, 2014, Mr. Koskiniemi appeared before the Honorable Kandis A. Westmore, United States Magistrate Judge, and released on a $50,000 bond under pretrial supervision. In agreement with the U.S. Pretrial services officer, Mr. Koskiniemi has remained in full compliance with all court ordered conditions of release.

## III. HISTORY AND CHARACTERISTICS

Defendant does have a prior arrest for marijuana when he was 21 years old. However that charge was ultimately dismissed. Other than that arrest, he has lived a crime free life and excels as a chef. Furthermore, Mr. Koskiniemi was on the board of directors for the San Francisco chefs association for seven years and served as president for two years. During this time he has donated over 70 dinners to various charities that included; Raphael House San Francisco, East Bay Agency for children, NFL Alumni for kids, Special Olympics Northern California and Dive Heart.

## IV. ACCEPTANCE AND RESPONSIBILITY

Mr. Koskiniemi understands and accepts full responsibility for his involvement in this case and has cooperated with the presentence process. Mr. Koskiniemi is very remorseful and has been in full compliance with his pre-trial release, has stopped using any medicinal marijuana and tested negative for any banned substances. He has pled early in the process and accepted responsibility at an early stage of the proceedings.

Mr. Koskiniemi made the following statement to the probation officer and would like to also share with the court: "Yes, I accept full responsibility for the offense. What I did was wrong. I feel bad and embarrassed about this offense. My behavior in the distribution of Xanax has had a negative impact on the community and I have put my family in a bad situation".

## V. SENTENCING

*Pursuant to United States v. Booker, 125 S.Ct 738 (2005), the court should consider the following guideline provisions to be considered:*

Sentencing Memorandum

## A. Custody

The maximum term of imprisonment on Count 1 is five years. 21 U.S.C section 841 (a)(1) and 21 U.S.C.section 841. In regards to the Presentence Investigation Report, Mr. Koskiniemi offense is a Class D felony 18 U.S.C section 3553 (f) and USSG section 5C1.2 (a)(4). The defendant meets the "safety valve" provision of 18 U.S.C section 3553 (f) and USSG section 5C1.2.

Based on a level of 6 and a criminal history of category of I, the guideline imprisonment range is zero to six months. This guideline range falls into Zone A of Sentencing Table, a sentence of imprisonment in not required.

## B. Supervised Release

A Class D felony has a term of supervised release of at least 1 year minimum and maximum of life. Upon supervised release, defendant will not commit another Federal, State or local crime during the term at which the court shall order and the defendant will not unlawfully possess a controlled substance. The defendant will respect the court's decision shall it request any explicit conditions.

## C. Factors to consider when imposing a sentence

The court shall impose a sentence sufficient, but not greater than the necessary, to comply with the pursuant set forth of the subsection. The court, in determining the particular sentence to be imposed, shall consider:

1. The Presentencing Investigation Report written and produced by the U.S. probation officer.

2. The nature and circumstances of the offense.

3. History and characteristics of Mr. Koskiniemi.

4. Victim impact if any.

In the present case, the defendant cooperated throughout the pretrial and presentence process. As stated on the record at the time of Plea by the Government's Attorney, the defendant is viewed as the defendant on the lowest end of the spectrum in relation to co-defendants. The defendant has taken full responsibility and made no excuses for his conduct. Sometimes in life, we make bad decisions and involvement in this venture was certainly a poor decision. While the defendant cannot erase his conduct, he can atone for it by living a productive and lawful life with his family and complying with all conditions of his release conditions.

It should be noted that the defendant is a very successful chef and is the sole support of his family. His wife is permanently disabled with a degenerative spine and does not work. While his conduct in this case was certainly not acceptable, we would ask the court recognize that he is still a hard working member of society and a family man. The ability to remain free from incarceration would be a blessing and chance he would not take advantage of.

## **CONCLUSION**

For the above reasons, it is respectfully requested that the court impose a non-custodial sentence such as electronic monitoring or community confinement and supervised release of one year. The defendant would also respectfully request the court stay the imposition of any sentence until late August to attend a rare opportunity to appear on the Esquire Network, Knife Fight Season 4. Lastly, the defendant would like to acknowledge and thank the government for its careful consideration.

Dated: May 29, 2015

Respectfully submitted,

/s/ Michael A. Paez
Attorney for Kenneth Koskiniemi

Sentencing Memorandum

# LETTERS

# Gerry McCausland

800 Powell St.
San Francisco CA 94108

May 29, 2015

Honorable Judge Tigar

Dear Judge Tigar,

Hello. I am writing in reference to James Koskiniemi, who is appearing before your court.

My name is Gerry McCausland. I am the executive chef at the University Club San Francisco.

I feel very strongly about James Koskiniemi and his future, and I want to try to make you feel the same way. James is a person of good moral character. I realize this may seem hard to believe, given the circumstances, but its true nonetheless. I have known James for about ten years, and in that time I have seen him evolve into a great chef. I met James through the Chefs Association Of the Pacific Coast. We were both new members and we quickly became great friends. We even figured out our mothers were colleagues and friends for many years. We served on the board for the Chefs Association together, and worked many events together to raise money for our association. I have always admired James and his willingness to help others. James is a very hard worker and he is extremely devoted and passionate about his work as a chef. I feel that James is a decent person at the core.

James has made mistakes and I am positive he would be willing to do whatever it takes to make reparations, financially and emotionally if possible. In order to do that he would really need you to give him a second chance. I recognize that James broke the law, and I do not believe in law breaking. I truly believe this is a misrepresentation of his character. I hope you will recognize the power you wield with regard to the future of James, and make a fair decision. Thank you for your time and consideration

Sincerely,

Gerry Mccausland

May 21, 2015

Kenneth John Koskiniemi
5304 Paladium Dr.
Dallas, TX 75254

RE: Sentencing for Kenneth James Koskiniemi

Dear Honorable Judge Tigar:

I am Kenneth James Koskiniemi's father. My permanent address is Dallas, TX but I work in Wadsworth, TX (90 miles West of Houston near the Gulf) at the South Texas Project Electric Generating Station. STP has two nuclear reactors where I am the project controls manager and oversee a group that monitors scheduling, cost, and estimating.

I have been involved in James life and activities hoping to set an example for him to follow. I believe James has done so except for his lapse in judgement when he chose to solve financial problems in what seemed like a quick easy way. I was the Committee Chairperson of James scout troop and even though he is my son, I can say he was the best Sr. Patrol Leader we had. James made sure that all of the scouts were treated fairly and equally and spent a great deal of time mentoring the new scouts as they joined scouting. James was chosen to enter Arrow of the Eagle and attend Brown Sea. He attained the rank of Life Scout.

For James adult life, I would like to attest the he has made it his goal to help society through the gifts of cooking God gave him. My wife and I have helped cook/serve many dinners at soup kitchens during Thanksgiving or Christmas and had James help us. Although we have done this numerous times, our giving to charity does not measure up to James contribution. I would estimate James has raised $250 to $300,000 for Special Olympics, Rafael House in San Francisco and many other charities. Special Olympics flew James and his wife Jeanette to Miami where he was the guest chef that a law firm paid $15,000 for a 7 course dinner.

This is an email I sent to my colleagues and friends:
I ask you to watch this recent video where James went to cook
Sometimes you wonder where you went wrong - other times.................................
You get a gift like this.
I estimate James has raised +++ $250,000 for charities in the last 7-8 years.
He learned the message - everyone isn't always as blessed, everyone isn't always on the right path, many need a helping hand.
My family has served many a meal during holidays and the pay back does not have a price tag - unless you can look inside your heart which at that moment is completely full.
I couldn't be more proud - I believe he helped feed over 300.

https://www.youtube.com/watch?v=0Rj_YzJ98_I

I believe this youtube defines the "real" James. He made a wrong choice but I believe he realizes and admits his mistake and do not feel incarceration will benefit James, the state or the government. By continuing to work, continuing to grow, doing the good things he excels at, James can contribute more to society while saving the cost of incarceration.

Sincerely,

*K J Koskiniemi*

Kenneth J. Koskiniemi

May 20, 2015

Peggy C. Koskiniemi
5304 Paladium Dr
Dallas, TX 75254

Re: Sentencing for Kenneth James Koskiniemi

Dear Honorable Judge Tigar:

I am Kenneth James Koskiniemi's (James) mom. We raised our two sons in Pleasant Hill, California and lived there for about 20 years. When my husband, Ken (Jame's father) was unable to find work in the Bay area, we moved and have maintained our permanent residence in Dallas since 2000. We visit James and his wife Jeanette at least once or twice a year and have remained in close contact.

I am a Certified Interior Designer ( #4400 in the State of California). In 2001, I served as the National President for International Furnishings and Design Association and focused my time bringing awareness to health and safety issues. Like most moms, when my kids demonstrate bad judgement, I only wish I would have worked less and spent a lot more time being a better mom!

James has acknowledged his guilt and confessed that it was a serious error to let the pressure of his financial problems, (credit card debt and student loan debt) get in the way of his strong moral compass. His involvement in unlawful activity was totally out of his character. He has demonstrated a strong work ethic and he has had many successes during Culinary School and afterwards. He has been involved in many charity events and fundraisers and is well known for his generosity. Since he was very young, he has been a likeable guy, often the mediator, but never a trouble-maker. James started working at a very young age. From 1982-1997 we owned, SISU, a manufacturing company in Concord. He came and helped with the janitorial duties after school from the time he was 8 or 9 years old. In his teens, he went out on many installations with his father. He was involved in Boy Scouts for many years and served as a leader to younger scouts.

The last twelve months have been extremely stressful for James, his wife and all of his loved ones, not knowing the consequences to come. I am pleading for a reasonable request of leniency in order that James would be able to keep his chef position, be able to support himself and his wife, and to work towards financial stability. We love James and his wife, Jeanette very much and it has been a year of heart break for all of us. I feel strongly that James has learned a hard lesson and I am confident that he will not reoffend.

Sincerely,

Peggy C. Koskiniemi



**BAY AREA Rescue Mission**
*Changing Lives for a Brighter Tomorrow*

**BOARD OF DIRECTORS**
Andy Santamaria, Chairman
Brian Stripling, Vice-Chair
Matthew Henry, Secretary
Art Reimers, Treasurer
John Anderson, President/CEO
Dale Cross
Charles "Jerry" Hammer
C.N. "Gus" Petras
Walt Rogers

The Honorable Jon Tigar
San Francisco Courthouse, Courtroom 9 - 19th Floor
450 Golden Gate Avenue, San Francisco, CA 94102

Dear Judge Tigar:

I am writing on behalf of James Koskiniemi.

My name is Ed McGrath and I am the Chairman of the Culinary Program Committee for the Bay Area Rescue Mission. For the last 50 years, the Mission has served the neediest of the Bay Area. We offer a vocational culinary training program for our programmers and graduates. We have a professional kitchen and prepare 600 meals every day of the week.

Chef James is an important part of our program. He is an adviser to the Culinary Program Committee and a guest chef. In addition he has hired one of our people and will be one of our Chef Mentors.

Chef James works with my friends who own the Pig and the Pickle Restaurant and Ale Industries. I had the opportunity to work for this organization a couple of years ago. The organization is very community oriented and environmentally friendly.

Chef James plays and important part in the lives of the new cooks in the area. He is willing to train and hire older cooks and people with criminal records. He recognizes passion and rewards hard work. One of my duties in the mission is to find work for our graduates. Chef James offers opportunities that the graduates of the mission need!

Blog posting of Chef James volunteering in the Bay Area Rescue Mission kitchen:
http://inhiskitchen.blogspot.com/2015/01/january-guest-chef.html

Video of Chef James in the Bay Area Rescue Mission kitchen:
https://www.youtube.com/watch?v=0Rj_YzJ98_I

Thank you

*Ed McGrath*
Ed McGrath

Men's Center
200 Macdonald Ave.
510.215.4868

Center for Women
& Children
224 Macdonald Ave.
510.215.4860

Food Pantry &
Distribution Center
123 Macdonald Ave.
510.215.4887

Transitional Living Center
252 3rd Street, Richmond

King's Club
Youth Program
2112 Macdonald Ave.
510.215.4552

Biblical Studies &
Education Center
2112 Macdonald Ave.

Business Office
2314 Macdonald Ave.
510.215.4555



Rev. John M. Anderson, President/CEO
Mailing Address: PO Box 1112 Richmond, CA 94802
www.BayAreaRescue.org